IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT LEBLANC, M.D. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV00536 SWW |
| | * | |
| MAURICE L. PALMER, | * | |
| | * | |
| Defendant. | * | |

## Order

Before the Court are motions for permissive intervention filed by Johannes Michael Gruenwald, M.D., Dylan Carpenter, M.D., Val Irion, M.D., and Richard W. Nicholas, M.D., to which there has been no timely response. The motions [docket entries 2,4, and 6] are granted.

SO ORDERED this 16th day of August, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE