IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT LEBLANC, M.D.              *
                                 *
        Plaintiff,               *
                                 *
vs.                              *        No. 4:10CV00536 SWW
                                 *
MAURICE L. PALMER,               *
                                 *
        Defendant.               *

**Order**

Before the Court is a motion for dismissal without prejudice filed by plaintiff to which there has been no timely response.  The motion [docket entry 15] is granted.  Plaintiff's complaint is dismissed without prejudice.  Also before the Court are motions for dismissal without prejudice filed by intervenors Dylan Carpenter, Johannes Michael Gruenwald, Richard Nicholas, and Val Irion to which there have been no timely responses.  The motions [docket entries 16, 17, & 18] are granted.  The intervenors' complaints are dismissed without prejudice.

SO ORDERED this 6th day of October, 2010.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE